**Tra Bi JEAN, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 13–71333.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2015.\*

Filed Nov. 25, 2015.

Nicholas W. Marchi, Carney & Marchi, PS, Seattle, WA, for Petitioner.

Yamileth G. Davila, Trial, OIL, Rebecca Hoffberg Phillips, Esquire, Trial, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

MEMORANDUM \*\*

Tra Bi Jean, a native and citizen of the Ivory Coast, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen. *Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir.2010). We deny the petition for review.

The BIA did not abuse its discretion in denying Jean's untimely motion to reopen because he did not establish materially changed circumstances in the Ivory Coast to overcome the time limitation for motions to reopen. *See* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 988–89 (evidence must be "qualitatively different" to warrant reopening); *see also Toufighi v. Mukasey*, 538 F.3d 988, 996–97 (9th Cir.2008) (evidence was not material in light of prior adverse credibility determination).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.